■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WEAREN, Appellant. [678 NYS2d 909] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 23, 1992 (*People v Wearen*, 187 AD2d 688), affirming a judgment of the County Court, Nassau County, rendered December 1, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Ritter, Sullivan and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WHITE, Appellant. [678 NYS2d 752] —Appeal by the defendant from a judgment of the County Court, Nassau County (Gulotta, J.), rendered March 7, 1997, convicting him of burglary in the second degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that he received ineffective assistance of counsel based on his trial counsel's failure to request certain jury charges (*see, People v Baldi,* 54 NY2d 137; *People v McFarlane,* 243 AD2d 733).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Copertino, Thompson and Friedmann, JJ., concur.